**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| VICTOR MAURICE BLACKSTON | CIVIL ACTION |
| VERSUS | NO:  17-3048 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |

---

| | |
|---|---|
| DEBRA GOREE BUTLER | CIVIL ACTION |
| VERSUS | NO:  17-3077 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (4) |

---

| | |
|---|---|
| JOREY DANOS | CIVIL ACTION |
| VERSUS | NO:  17-3113 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |

---

| | |
|---|---|
| BENNY DARDAR, SR. | CIVIL ACTION |
| VERSUS | NO:  17-3138 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |

---

| | |
|---|---|
| VANTAVIOUS LATRELL DUCKSWORTH | CIVIL ACTION |
| VERSUS | NO:  17-3157 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |

| | |
|---|---|
| PATRICK POIRSON | CIVIL ACTION |
| VERSUS | NO:  17-3177 |
| BP AMERICA PRODUCTION COMPANY, ET AL | SECTION T (2) |

| | |
|---|---|
| CHARLES M. FRANKLIN, JR. | CIVIL ACTION |
| VERSUS | NO:  17-3215 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (4) |

| | |
|---|---|
| FLINT JAMES MARTIN | CIVIL ACTION |
| VERSUS | NO:  17-3358 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (4) |

| | |
|---|---|
| LARRY STEPHEN MCCAMMON | CIVIL ACTION |
| VERSUS | NO:  17-3375 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (4) |

| | |
|---|---|
| JEFFARI S. MCMILLAN | CIVIL ACTION |
| VERSUS | NO:  17-3396 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (4) |

| | |
|---|---|
| WILLIE LOUIS CASEY, JR. | CIVIL ACTION |
| VERSUS | NO:  17-3525 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (2) |

| CHRISTOPHER CHARLES CLAY, SR. | CIVIL ACTION |
| VERSUS | NO:  17-3526 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |

| BRANDON ANTHONY NEWTON | CIVIL ACTION |
| VERSUS | NO:  17-3588 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (5) |

| BRIAN LARS ROBINSON | CIVIL ACTION |
| VERSUS | NO:  17-3606 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION T (1) |

## **ORDER**

Each of the captioned cases is a B-3 medical case arising out of the Deepwater Horizon oil spill.  Before the Court now are two identical motions filed by Defendants, BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP"):[1] a *Daubert Motion to Exclude the General Causation Opinions of Plaintiff's Expert, Dr. Jerald Cook* and a *Motion for Summary Judgment*. Plaintiffs in each above captioned case have filed an identical opposition. Having considered the motions and legal memoranda, the record, and the applicable law, the Court finds that both motions should be granted.

---

[1] Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling, Inc. join in both motions.

Both the *Daubert Motion* and the *Motion for Summary Judgment* filed in the above captioned cases are identical to motions this Court has previously granted in similar B-3 medical cases.[2] The Court is not alone in this conclusion, which is joined by at least seven other judges of this Court. Therefore, for the previous reasons cited by this Court as well as the seven other judges of this Court, both the *Daubert Motion* and the *Motion for Summary Judgment* shall be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' *Daubert Motions to Exclude the General Causation Opinions of Plaintiff's Expert, Dr. Jerald Cook* are **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants' *Motions for Summary Judgment* are **GRANTED.**

**IT IS FURTHER ORDERED** that all claims of the above captioned Plaintiffs against Defendants, BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling, Inc. are hereby **DISMISSED with prejudice**,

New Orleans, Louisiana, this 14th day of September, 2022.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**

---

[2] *See Baggett v. BP Expl. & Prod.*, No. 17-3030, R. Doc. 82; *see also Heathington v. BP Expl. & Prod.*, No. 17-4353, R. Doc. 82 (Barbier, J.); *Barkley v. BP Expl. & Prod.*, No. 13-995, R. Doc. 50 (Barbier, J.).